# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**STACI-JO BARNES-VELEZ, HAROLD
VELEZ and ENA BARNES,**

**Plaintiffs,**

v.

**Case No: 6:18-cv-634-Orl-18GJK**

**FEDERAL COMMUNICATION
COMMISSION, FEDERAL BUREAU
OF INVESTIGATION and NATIONAL
SECURITY AGENCY,**

**Defendants.**

---

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff Staci-Jo Barnes-Velez's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). The Court reviewed the Report and Recommendation (Doc. 8) and Plaintiff's objections (Doc. 9). After *de novo* review of the portions of the Report and Recommendation to which Plaintiff objected, it is hereby

**ORDERED** and **ADJUDGED** that United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 8) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review. Plaintiff Staci-Jo Barnes-Velez's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**, and the Complaint (Doc. 1) is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___3b___ day of August, 2018.

_____

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Unrepresented Parties